# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIEGO RODRIGUEZ,** : | |
| : | |
|    **Plaintiff** : | **CIVIL ACTION NO. 3:14-1149** |
| : | |
| **v.** : | **(JUDGE MANNION)** |
| : | |
| **UNITED STATES OF AMERICA,** : | |
|    **Defendant** : | |

## ORDER

Pursuant to the memorandum issued this same day, **IT IS HEREBY ORDERED** that the defendant's motion to dismiss, (Doc. 10), is **GRANTED** to the extent that any claim seeks to hold the United States liable for the acts or omissions of any independent contractor in this case.


                        s/ *Malachy E. Mannion*
                      **MALACHY E. MANNION**
                      **United States District Judge**

**Date: March 28, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1149-01-ORDER.wpd