## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DIEGO RODRIGUEZ,                          :

                                          :

    Plaintiff                       :    CIVIL ACTION NO. 3:14-1149

    v.                              :        (JUDGE MANNION)

                                          :

UNITED STATES OF AMERICA,                 :

    Defendant                       :

## ORDER

Pursuant to the memorandum issued this same day, **IT IS HEREBY ORDERED:**

(1)    the plaintiff's motion for extension of time to file a certificate of merit, (Doc. 27), is **DENIED**; and

(2)    the plaintiff's motion for appointment of counsel and an expert witness, (Doc. 29), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 28, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1149-02-ORDER.wpd