# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIEGO RODRIGUEZ,** : | |
| : | |
| **Plaintiff** | **CIVIL ACTION NO. 3:14-1149** |
| : | |
| **v.** | **(JUDGE MANNION)** |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| **Defendant** : | |

## ORDER

Pursuant to the memorandum issued this same day, **IT IS HEREBY ORDERED:**

**(1)** the plaintiff's Motion for Discovery Pursuant to Federal Rule of Civil Procedure, 56(d),(Doc. 25), is **DENIED**;

**(2)** the plaintiff's Motion for Extension of Time, (Doc. 26), is **GRANTED in part**; and

**(3)** the plaintiff shall file his response to the defendant's motion for summary judgment, (Doc. 19), on, or before, **April 29, 2016.**

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 28, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1149-03-ORDER.wpd