# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DIEGO RODRIGUEZ,** :
:
  **Plaintiff**          **CIVIL ACTION NO. 3:14-1149**
:
  **v.**                 **(JUDGE MANNION)**
:
**UNITED STATES OF AMERICA,** :
  **Defendant** :

## ORDER

Pursuant to the memorandum issued this same day, **IT IS HEREBY ORDERED** that the defendant's motion for summary judgment, (Doc.19), is **GRANTED**. The Clerk is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 23, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1149-04-ORDER.wpd